In decisions Nos. 1–8: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

◼ (A) In the Matter of the Claim of EMILY VARGAS, Appellant, v. JULIUS FINE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) GEORGE B. CICCONE et al., Respondents, v. PAUL BOUTHILLETTE et al., Appellants.— [In each action] Motions to dismiss appeals granted by default, without costs.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL ALLEN TEMPLE, Appellant.— Time to perfect appeal extended 90 days.

◼ In the Matter of the Claim of FAY LIPTON, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to extend time granted; record, brief and note of issue to be served and filed on or before August 3, 1962 and appeal to be argued at the September 1962 Term.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY THOMAS DE RIGO, Appellant. (Two Actions.) — Permission to prosecute appeals as a poor person granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Time to perfect appeals extended 90 days. Motions in all other respects denied.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER ERNEST ELLIS, Appellant.— Motion by assigned counsel, Donald L. Slater, 12 Central Ave., Cortland, N. Y., to be relieved of said assignment. Motion granted. Paul T. Yesawich, Esq., 35 Main St., Cortland, N. Y., is hereby assigned as counsel for appellant.

◼ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. WATSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Reapplication for assignment of counsel denied.

◼ IDA CHOTINE, Respondent, v. UNITED STATES OF AMERICA, Appellant.— Decision of February 9, 1962, amended to read as follows: Motion for stay granted upon condition appellant perfects appeal and files and serves record, brief and note of issue for the May 1962 Term on or before April 2, 1962. Cross motion to dismiss appeal denied.